## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY J. PAINADATH, : | |
|     *Plaintiff,* : | |
| : | |
| v. : | CIVIL ACTION NO. 24-CV-6567 |
| : | |
| THOMAS JEFFERSON : | |
| UNIVERSITY HOSPITALS, *et al.*, : | |
|     *Defendants.* : | |

### ORDER

AND NOW, this 29th day of December, 2025, upon consideration of Plaintiff Jerry J. Painadath's Motion for Reconsideration (Dkt. No. 15), Motion for Temporary Restraining Order (Dkt. No. 17), and Motion for Recusal (Dkt. No. 19), it is **ORDERED** that:

1. Painadath's Motion for Reconsideration is **DENIED**.

2. Painadath's Motion for Temporary Restraining Order is **DENIED AS MOOT**.

3. Painadath's Motion for Recusal is **DENIED**.

4. This case shall remain **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.